IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01378–WJM–KMT

DEPARTMENT OF TRANSPORTATION, STATE OF COLORADO,

    Plaintiff,

v.

KODIAK NORTHWEST, INC., An Idaho Corporation, n/k/a KODIAK AMERICA, LLC, A Delaware Limited Liability Company, and
BREK PILLING, Individually,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The parties' "Joint Motion for Stay" (Doc. No. 17) is GRANTED.  This case is STAYED until September 14, 2012.  Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is extended to September 14, 2012.  No later than September 14, 2012, the parties shall file a Status Report advising the court as to the status of this case, including whether this case should be set for a Scheduling Conference.

Dated: July 27, 2012